IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **FrameTech LLC,** | Case No. 7:25-cv-00020-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Oracle Corporation,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day 25th of March 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE